IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAIME MENDEZ SOTO, JR.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNIVERSAL CREDIT SERVICES** ) <br> **LLC, et al.** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 2:21-cv-04459-MAK <br><br> **NOTICE OF DISMISSAL** |

NOW COMES Plaintiff, by and through counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i), and voluntarily dismisses this action without prejudice as to Defendants Equifax Information Services LLC and Experian Information Solutions, Inc. only.

*/s/ Joseph L. Gentilcore*
JOSEPH L. GENTILCORE
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market St., Suite 2510
Philadelphia, PA 19103
215-735-8600 (Telephone)
215-940-8000 (Fax)
jgentilcore@consumerlawfirm.com

Dated: October 29, 2021                                             *Attorney for Plaintiff*