**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAIME MENDEZ SOTO, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-4459 |
| | : | |
| **UNIVERSAL CREDIT SERVICES** | : | |
| **LLC,** *et al.* | : | |

# ORDER

**AND NOW**, this 29th day of October 2021, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 7), it is **ORDERED** Plaintiff's claims against Equifax Information Services LLC and Experian Information Solutions, Inc. <u>only</u> are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**KEARNEY, J.**